# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LEE, | ) Case No. SA CV 15-00290-VBF (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| MARTIN BITER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 21, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE